```
             IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     FORT SMITH DIVISION
```

ARGIE PHILLIPS                                              PLAINTIFF

        v.              Civil No. 10-2007

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                              DEFENDANT

## J U D G M E N T

Now on this 7th day of January 2011, comes on for consideration the Report and Recommendation dated December 14, 2010, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. (Doc. 11). Also before the Court are Plaintiff's Objections (doc. 12).

The Court has reviewed this case *de novo*, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; affirms the decision of the Administrative Law Judge; and dismisses Plaintiff's complaint with prejudice.

IT IS SO ORDERED.

                                        /s/ Robert T. Dawson _____
                                        HONORABLE ROBERT T. DAWSON
                                        UNITED STATES DISTRICT JUDGE