IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ARGIE ALFORD PHILLIPS,                                                    PLAINTIFF

    v.                          CIVIL NO. 10-2007

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                            DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, we reverse the decision of the Commissioner and remand this case for further proceedings consistent with the opinion of the Eighth Circuit Court of Appeals.

IT IS SO ORDERED AND ADJUDGED this 2nd day of February 2012.

*/s/ Robert T. Dawson*
HONORABLE ROBERT T. DAWON
UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)