```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                       FORT SMITH DIVISION
```

ARGIE ALFORD PHILLIPS                                      PLAINTIFF

    v.                    CIVIL NO. 10-2007

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                             DEFENDANT

**O R D E R**

On this 8th day of May 2012, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to 28 U.S.C. § 2412. No objections were filed to the report and recommendation. For reasons set forth in the report and recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on April 18, 2012, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of **$9,992.25.**

IT IS SO ORDERED.

                                      /s/ Robert T. Dawson
                                      HONORABLE ROBERT T. DAWSON
                                      UNITED STATES DISTRICT JUDGE